IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 NOV 12 PM 3 30
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| ALYSON FISHEL, | |
| Plaintiff, | |
| vs. | Case No: 15-CV-121-F |
| COLLECTION CENTER INC., | |
| Defendant. | |

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Stipulated Dismissal with Prejudice. The Court has reviewed the stipulation and is fully informed in the premises.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their costs and attorneys' fees.

Dated this 12 day of November, 2015.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE